Opinion filed April 23, 2021



In The

# Eleventh Court of Appeals

_____

## No. 11-20-00071-CV

_____

## LANCE WALTER KING, Appellant

## V.

## BRIA ALEXIS KING, Appellee

**On Appeal from the 318th District Court**
**Midland County, Texas**
**Trial Court Cause No. FM66022**

### M E M O R A N D U M   O P I N I O N

The brief of Appellant, Lance Walter King, was originally due to be filed in this court on or before November 23, 2020.  After granting two extensions of time in which to file the brief, we issued an order on March 18, 2021, in which we directed Appellant to file his appellate brief in this court on or before Thursday, April 1, 2021. We informed Appellant that, if his brief was not filed in this court by that date, "this appeal **will be dismissed for want of prosecution**."  *See* TEX. R. APP. P. 38.8(a)(1), 42.3(b), (c).

As of this date, Appellant has not filed a brief, nor has he requested another extension of time in which to file his brief. Based upon Appellant's failure to prosecute this appeal in a timely manner, we conclude that this appeal should be dismissed. *See* TEX. R. APP. P. 38.8(a)(1), 42.3(b), (c).

Accordingly, we dismiss this appeal for want of prosecution.

PER CURIAM

April 23, 2021

Panel consists of: Bailey, C.J.,
Trotter, J., and Williams, J.